DPS:law
AO 91 (Rev. 11/11) Criminal Complaint

2020R00273

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

BRYCE MICHAEL WILLIAMS

SEALED BY ORDER OF THE COURT

Case No.   20-mj-411 KMM

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 28, 2020, in Minneapolis, in the State and District of Minnesota, defendant BRYCE MICHAEL WILLIAMS conspired with others known and unknown, to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, 844(i), all in violation of Title 18, United States Code, Section 371.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Complainant's signature

Nathan Boyer, Special Agent
Alcohol, Tobacco, Firearms and Explosives
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and email
pursuant to Fed. R. Crim. P. 41(d)(3).

Date:   June 15, 2020

City and State:   Minneapolis, MN

_____
Judge's Signature

The Honorable Katherine M. Menendez
United States Magistrate Judge
Printed Name and Title