DPS:law
AO 442 (Rev. 11/11) Arrest Warrant



20 mj 411 KMM

**RECEIVED**

JUN 17 2020

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ~~SEALED BY ORDER OF THE COURT~~ |
| BRYCE MICHAEL WILLIAMS | Case No. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRYCE MICHAEL WILLIAMS**,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint

___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

On or about May 28, 2020, in Minneapolis, in the State and District of Minnesota, defendant BRYCE MICHAEL WILLIAMS conspired with others known and unknown, to commit arson on property used in interstate commerce, in violation of Title 18, United States Code, 844(i), all in violation of Title 18, United States Code, Section 371.

Date: June 15, 2020

_____
*Issuing officer's signature*

City and State: Minneapolis, MN

The Honorable Katherine M. Menendez
United States Magistrate Judge
*Printed Name and Title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

ARRESTED ON 6/16/2020
ARRESTED BY ATF

_____
*Printed name and title*

U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

**SCANNED**
JUN 1 8 2020  CK
U.S. DISTRICT COURT ST. PAUL