# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## **ORDER**

United States of America,

                      Plaintiff,

v.

Bryce Michael Williams,

                      Defendant,

Docket No. 0864 0:20-00411M-001(HB)

IT IS HEREBY ORDERED that the following be added to the defendant's conditions of release:

The defendant is approved to travel with his family to the Wisconsin Dells on Tuesday, June 30, 2020, until Friday, July 3, 2020. The defendant's voice verification will be suspended during this time frame.

Dated: June 30, 2020

Hildy Bowbeer
U.S. Magistrate Judge