UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-mj-411 (KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>BRYCE MICHAEL WILLIAMS, )<br>)<br>Defendant. ) | **ORDER GRANTING PARTIES'<br>JOINT MOTION FOR EXTENSION<br>OF TIME FOR FILING<br>INDICTMENT** |

This matter is before the Court on the parties' joint motion, pursuant to 18 U.S.C. § 3161(h)(7), for a 60-day extension of time to file an indictment in the above-captioned matter. According to the joint motion, an indictment against Defendant currently must be filed by July 17, 2020.

After consideration of the joint motion, the reasons stated therein, and the record before it, including the agreement by the parties and Defendant's consent, the Court makes the following

FINDINGS OF FACT:

1. The parties' interest in reaching a pre-indictment resolution of this case could lead to significant benefit for both parties, and because of the delay resulting from Defendant's transit from the place of his initial appearance in the Central District of California, the parties have not had an adequate opportunity to explore such a resolution;

2. Without the requested extension, the parties will not have the opportunity to resolve this matter prior to indictment; and

3.      The ends of justice served by granting the parties' joint motion outweigh the interests of the public and Defendant in a speedy trial.

Based on the foregoing, IT IS HEREBY ORDERED that:

1.      The parties' joint motion for a 60-day extension of time to file an indictment in the above-captioned matter is GRANTED;

2.      Any indictment in this matter must be filed on or before August 26, 2020.

3.      The time period from June 29, 2020, through August 29, 2020 is excluded under 18 U.S.C. § 3161(h)(7)(B)(iv).

Dated: June 30, 2020                    *s/ Hildy Bowbeer*
                                            The Honorable Hildy Bowbeer
                                            United States Magistrate Judge