UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-MJ-411(KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BRYCE MICHAEL WILLIAMS, ) | |
| ) | |
| Defendant, ) | |

This matter came before the Court on June 19, 2020, for a Preliminary Hearing and on the government's Motion for Detention. The Court conducted the hearing via videoconference from Courtroom 9E, at the United States Courthouse in Minneapolis, Minnesota. The defendant consented to participating in the hearing by videoconference, and appeared while located at the Sherburne County Jail. The defendant's counsel, Ian Birrell, and the attorney for the government, David P. Steinkamp, participated in the videoconference.

Defendant is charged by Complaint with Conspiracy to Commit Arson, in violation of Title 18, United States Code, Sections 844(i) and 371. The government withdrew its request for detention and the defendant was ordered released on conditions of pre-trial release. The defendant was advised he had a right to a preliminary hearing regarding the charge against him. The defendant knowingly and voluntarily waived the hearing, and agreed to submit the matter on the Complaint and Affidavit previously filed.

Accordingly, the Court finds probable cause to support the charges alleged in the Complaint, and the matter will be bound over for consideration by a Grand Jury.

Dated: July 6, 2020                             *s/ David T. Schultz*
                                                David T. Schultz
                                                United States Magistrate Judge